UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------X

JOSE LUIS NOBLE,

                Plaintiff,

    -against-

ARAMARK CLEANROOM SERVICES
(PUERTO RICO), INC.

               Defendant.

------------------------------------------------------------X

3:16 CV 01437 (SEC)

*Electronically Filed*

## STIPULATION OF DISMISSAL

    The parties in the above-captioned matter, through their undersigned counsel, hereby stipulate and agree that all claims in this matter that Plaintiff has asserted against Defendants are hereby dismissed with prejudice and on the merits, without costs against any party or rights of appeal.

By: **PETER JOHN PORRATA**
Peter John Porrata
USDC-PR BAR NO:  128901
LAW OFFICES OF  PETER JOHN PORRATA
DB1/ 85391098.1

Dated:  July 7th, 2016

Initials JL

Capital Center Building
South Tower/Suite 602
239 Arterial Hostos Avenue
San Juan, PR 00918-1476
*Counsel for Plaintiff*

By:_____          Dated: 7/18/16
Melissa C. Rodriguez
USDC-PR BAR NO. 230809
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
*Counsel for Defendant Aramark Cleanroom Services (Puerto Rico), Inc.*

SO ORDERED:

_____
U.S.D.J.

DB1/ 85391098.1

Initials JCWD